DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHERIFF OF BROWARD COUNTY,**
Appellant,

v.

**INTERNATIONAL UNION OF POLICE ASSOCIATIONS, AFL-CIO LOCAL 6020** o/b/o **DEPUTY JOSHUA STAMBAUGH,**
Appellee.

No. 4D21-2110

[June 23, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. CACE20-019461.

Carmen Rodriguez of Law Offices of Carmen Rodriguez, P.A., Palmetto Bay, for appellant.

Gary E. Lippman of International Union of Police Associations, AFL-CIO Local 6020, Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., CIKLIN and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***